UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

MOTORS LIQUIDATION COMPANY,

                         Debtor.
-----------------------------------------------------------X
PAT J. BOMBARD,

                         Appellant,                         18 **CIVIL** 3658 (VSB)

       -against-                                          **JUDGMENT**

GENERAL MOTORS LLC,

                         Appellee.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2022, the Underlying Order is AFFIRMED; accordingly, the case is closed.

Dated:  New York, New York
           March 31, 2022

                                                                      RUBY J. KRAJICK

                                                                      _____
                                                                      **Clerk of Court**
                                                   **BY:**
                                                                       _____
                                                                      **Deputy Clerk**