# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

PAT J BOMBARD

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 3658 (VSB)( )

-against-

MOTORS LIQUIDATION COMPANY,
~~General Motors LLC~~

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2022

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 3/31/2022 but did not file a notice of appeal within the required

date

time period because:

I have had COVID in April.
Also did not recieve Courts opinion + order

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 4/26/2022

Signature: [signed]

Name (Last, First, MI): BOMBARD PAT J.

Address: 3 Wheeler Ave

City: FAY.

State: NY

Zip Code: 13064

Telephone Number: 941-993-1846

E-mail Address (if available): PJBeTRUCKONLINE.COM

Rev. 3/27/15

**APPLICATION GRANTED**
**SO ORDERED** [signed]
**VERNON S. BRODERICK**
**U.S.D.J.**  05/09/22

The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.